LAW OFFICES OF
# ROBERT L. GELTZER
1556 THIRD AVENUE
NEW YORK, NEW YORK 10128
(212) 410-0100

FACSIMILE (212) 410-0400

January 15, 2016

**BY FAX ONLY (212) 766-8001**
Karamvir Dahiya, Esq.
Dahiya Law Offices, LLC
75 Maiden Lane, Suite 506
New York, NY 10038

**Re: Estella Brizinova and Edward Soshkin - Case No. 12-42935 (ESS)**
**Robert L. Geltzer v. Estella Brizinova & Edward Soshkin - Adv. Pro. No. 15-01073 (ESS)**

**Motion for an Order Imposing Sanctions against Karamvir Dahiya, Esq. and/or Dahiya Law Offices, LLC (cumulatively sometimes referred to as "Dahiya") pursuant to 11 U.S.C. § 105(a) of the United States Bankruptcy Code ("§ 105"), and Holding Dahiya in Contempt**

Dear Mr. Dahiya:

This is in response to your January 14, 2016 request for an adjournment of the above-captioned Motion to Sanction you (the "Motion"), set for hearing on January 19, 2016 at 3:00 p.m.

Your request is denied.

Had you made the request in a proper timely fashion prior to the expiration of the time allowed to you to respond to the Motion, I would have granted it. However, you made your request after that January 12, 2016 deadline for your response had expired.

Thus, again, you violated the Rules and, thus, while civility and courtesy would otherwise attach to such a request, you are not entitled to them inasmuch as you have not earned them because you flaunt compliance with rules.

Very truly yours,

Robert L. Geltzer

RLG:ayh

cc: Honorable Elizabeth S. Stong
Robert A. Wolf, Esq.
Clerk of the Court