LAW OFFICES OF

# ROBERT L. GELTZER

1556 THIRD AVENUE

NEW YORK, NEW YORK 10128

(212) 410-0100

———

FACSIMILE (212) 410-0400

January 25, 2016

Honorable Elizabeth S. Stong
United States Bankruptcy Court
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201

Re:     Estella Brizinova and Edward Soshkin - Case No. 12-42935 (ESS)
         Robert L. Geltzer v. Estella Brizinova & Edward Soshkin
         Adv. Pro. No. 15-01073 (ESS)

         Motion for an Order Imposing Sanctions against Karamvir Dahiya, Esq. and/or
         Dahiya Law Offices, LLC (cumulatively sometimes referred to as "Dahiya")
         pursuant to 11 U.S.C. § 105(a) of the United States Bankruptcy Code ("§ 105"), and
         Holding Dahiya in Contempt (the "Motion")

Dear Judge Stong:

        Pursuant to the New York Standards of Civility, Administrative Order No. 568, dated
October 28, 2010, "Judges' Duties to Lawyers, Parties and Witnesses," § I.C., I respectfully
request, for professional and personal reasons (which, if necessary, I shall disclose to the Court
only), that my time to reply to any response interposed by Mr. Dahiya to my above Motion be
extended from February 16, 2016 to February 19, 2016, and that the hearing on the Motion be
extended by either a day or two from March 8, 2016, as now provided in your January 20, 2016
Order, either to Wednesday, March 9, 2016 or Thursday, March 10, 2016.

        I thank you in advance for your courtesy and consideration.

                                         Respectfully submitted,

                                         Robert L. Geltzer

RLG:ayh

cc:     Robert A. Wolf, Esq.
        ECF Clerk
        Karamvir Dahiya