# DAHIYA LAW OFFICES LLC
*Attorneys*
75 Maiden Lane Suite 506
New York, New York 10038
Tel: 212-766 8000   Fax: 212 766 8001
karam@legalpundit.com

Hon. Elizabeth S. Stong					January 25, 2016
Bankruptcy Judge
Unit of U.S. Dist. Court
Eastern District of New York
271 Cadman Plaza East,
Brooklyn, NY 11201-1800

        Re: Geltzer v. Brizonova Adv. No. 15-01073
        Geltzer's § 105 Sanctions Prosecution.

Respected Judge Stong:

  I am the counsel for the defendants in the subject proceedings and respondent to Robert Geltzer sanctions motion under 11 U.S.C. § 105. Mr. Geltzer requests extension of time--I, absolutely, have no objection to his request. *I have never ever denied a request for extension/adjournment to any lawyer since the time I have started law practice.* However, it is respectfully submitted that the court may schedule hearing on this motion any day after March 14, 2016 accommodating parties. Thank you for your consideration.


        Yours faithfully,


        /s/karamvir dahiya
        _____
        Karamvir Dahiya, Esq.